USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

NOLY DE KAFATI, usufructuary of
assets and rights of OSCAR KAFATI;
and EDUARDO KAFFATI GEADAH,
DINA SUZETTE KAFATY GEADAH,
NADIA KAFATY GEADAH,
heirs of OSCAR KAFATI KAFATI,

      Petitioners,

v.

JESÚS KAFATI KAFATI;
GABRIEL KAFATI SA;
INVERSIONES PARAÍSO, SA de CV;
ALIMENTOS SA de CV; and
CAFÉ MI DELICIA SA de CV,

      Respondents.

No. 1:22-mc-318

## [PROPOSED] ORDER GRANTING MOTION TO SEAL

This cause comes before the Court on Petitioners' Motion to File Under Seal.

**IT IS ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Exhibit A to the Petition shall remain under seal and relevant information from the Petition for Anti-Suit Injunction and Memorandum of Law in Support of Anti-Suit Injunction shall be redacted until the parties or this Court orders otherwise.

Dated: November , 15, 2022

> This Order is subject to review by the assigned district court judge and is without prejudice to the Defendants arguing that the seal should be lifted in whole or in part.

SO ORDERED.

*[signature: Valerie Caproni]* 11/15/2022

HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
PART I